UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>         Plaintiff,<br><br>    v.<br><br>$6,680 in U.S. Currency,<br><br>         Defendant. | Civil Action No. 1:20-CV-480 (GTS/TWD)<br><br>**ORDER BARRING ALL FURTHER CLAIMS** |

Upon consideration of the United States' status report, and the Court being satisfied that the government as provided notice to all known potential claimants pursuant to Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, it is hereby

ORDERED that, with the exception of the claim of Charlas Brock, all future claims to the defendant currency are forever barred, and it is further

ORDERED that the claim of Charlas Brock shall proceed into discovery, and it is further

ORDERED that, within thirty days after the filing of this order, the United States shall contact the claimant to set out and agree upon a schedule of expiration dates dealing with joinder of parties, amendment of pleadings, discovery, filing of motions and a proposed trial date, and memorialize this agreement in a stipulation form which shall be signed by the parties and so ordered by the assigned United States Magistrate Judge.

    IT IS SO ORDERED.

August 17, 2020

_____
Hon. Glenn T. Suddaby
Chief U.S. District Judge