UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>$6,680 in U.S. Currency,<br><br>　　　　　Defendant. | Civil Action No. 1:20-CV-0480 (GTS/TWD)<br><br>**FINAL ORDER OF FORFEITURE** |

**THIS COURT** having before it the signed Settlement Agreement of the parties to the above-referenced action, and the parties having agreed to its term as indicated by their signatures, it is hereby,

**ORDERED** that $4,180 in U.S. Currency shall be forfeited to the United States of America, and it is further;

**ORDERED** that $2,500 in U.S. Currency shall be provided to the claimant pursuant to the terms if the Settlement Agreement, and it is further;

**ORDERED** that all parties shall bear their own fees, costs, and expenses, and it is further;

**ORDERED**, that this Court shall retain jurisdiction for the purposes of enforcing the terms of the Settlement Agreement, and it is further;

**ORDERED**, that the Clerk of this Court shall enter a judgment of forfeiture in accordance with the terms of this Order.

Dated: September 3, 2020

_____
Hon. Glenn T. Suddaby
Chief U.S. District Judge